FILED

# United States District Court

JUN 1 5 2005

<u>MIDDLE</u> DISTRICT OF <u>ALABAMA</u>

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| **In the matter of the Search of**<br>(Name, address or brief description of person, property or premises to be searched) | **APPLICATION AND AFFIDAVIT<br>FOR SEARCH WARRANT** |

**401 E. Moore Drive**
**Maxwell Air Force Base-Gunter Annex, AL**

CASE NUMBER: 2:05mj76-M

I ____Jaime K. Jones_____ being duly sworn depose and say:

I am a(n) _Special Agent, US Air Force Office of Special Investigations (AFOSI)_ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**401 E. Moore Drive**
**Maxwell Air Force Base-Gunter Annex, AL**

in the _____Middle_____ District of ____Alabama_____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment A**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**contraband or property that constitutes evidence of the commission of a criminal offense,**

concerning a violation of Title ____18____United States Code, Section(s)___1446A & 2252A_.

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit Which is Incorporated by Reference Herein**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

June 14, 2005                                     at    Montgomery, Alabama
_____              _____
Date                                              City and State

Vanzetta P. McPherson, U.S. Magistrate Judge       _____
_____              Signature of Judicial Officer
Name and Title of Judicial Officer

## AFFIDAVIT

I, Jaime K. Jones, Special Agent, United States Air Force Office of Special Investigations (AFOSI), being duly sworn, do depose and state:

1. I have been a Special Agent with AFOSI Detachment 405, Maxwell AFB (MAFB), AL, since 13 May 04 and have been an AFOSI Special Agent since September 2002. I received training to be an AFOSI Special Agent at the United States Air Force Special Investigations Academy (USAFSIA). My duties include investigating violations of federal law and the Uniform Code of Military Justice, including offenses related to child pornography, occurring on military installations.

2. I am currently conducting an investigation involving Child Pornography, violations of Title 18, United States Code, Sections 1466A and 2252A. Based on my training and experience, it is my opinion that probable cause exists that EDWARD G. LESOFSKI, a civilian military employee, at Defense Information Systems Agency (DISA), MAFB-Gunter Annex (MAFB-GA), AL, received and possessed images of child pornography in violation of federal law. This affidavit is prepared in support of an application for a search warrant of a computer utilized by LESOFSKI to perpetrate the instant offense. The following sets forth the facts and circumstances upon which this request for a subpoena is based. This information is based on my personal knowledge, other agents involved in the investigation, and other witnesses interviewed by law enforcement agents.

3. On 14 Jun 05, this agency was notified by Pete Gonzalez, DISA Security Manager, MAFB-GA, AL, that while Kandy Greenlee, computer system administrator, was conducting a systems backup, she was searching for files to clean out and discovered a folder labeled "boy teens." At this time, she notified her supervisor, David Bowen, of what she discovered. At this time, Bowen contacted Gonzalez. Gonzalez asked to see the image and he observed what appeared to be a graphic image of an adult male engaged in sexually explicit conduct with a minor child. Gonzalez did not review any further images and reported this to the Director of DISA, Robin Chadderdon. At this point, Gonzalez contacted AFOSI. The computer that was monitored by Greenlee was assigned to Lesofski. Upon seeing the image, Greenlee immediately took Lesofski's computer, physically from Lesofski. JKJ 14 Jun 05 1625

4. On 14 Jun 05, SA Jaime Jones briefed Todd Brown, Assistant United States Attorney, Middle District of Alabama, Montgomery, AL, on the information detailed above. AUSA Brown opined that, based on the information SA Jones had provided, he believed probable cause exists that a violation of Title 18, United States Code, Sections 1466A and 2252A, had occurred, and that it was probable that LESOFSKI committed the offense.

5. In view of the foregoing, there is probable cause to believe that evidence related to the commission of the above-referenced offenses will be found on the computer used by LESOFSKI. Accordingly, your Affiant requests a search warrant to search the items listed in Attachment A.


JAIME K. JONES, SA, USAF
AFOSI Detachment 405


Sworn to before me and subscribed in my presence
this 14th day of June, 2005.


VANZETTA P. MCPHERSON
United States Magistrate Judge

## Attachment A
## ITEMS TO BE SEIZED

All evidence, fruits and instrumentalities of activity of receiving and possession of child pornography, in violation of Title 18, U.S.C. Sections 1466A and 2252A including:

### A. RECORDS

Notes, logs, messages, bills, emails, and other records relating to the instant offense.

### B. HARDWARE

Computer hardware consisting of computers, and all equipment connected to or networked with the computer or computers utilized by the target of the search warrant, or attached to the cable modem within the office, which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes but is not limited to any data-processing devices (such as central processing units, memory typewriters, personal digital assistants (PDAs) and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, removable magnetic disk storage drives and disks, tape drives and tapes, optical storage devices, transistor-like binary devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices (such as modems, cables and connections, network transceivers, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

## C. SOFTWARE

Computer software consisting of digital information and data which can be interpreted by a computer and any of its related components to direct the way they work; in whatever form it may be found, to include: electronic, magnetic, optical, or other digital form, in addition to printed source code. Software includes, but is not limited to: any programs to run operating systems, control peripheral equipment, applications, utilities, scripts, compilers, interpreters, and communications programs; any programs, whether functional or not, to assist in the defeat of security/protective feature in place to prevent the unauthorized copying, distribution, and/or activation of software; along with any and all programs necessary for the proper functioning of this software.

## D. DOCUMENTATION

Computer-related documentation consisting of written, recorded, printed, or electronically-stored material which explains or illustrates how to configure or use the computer hardware, software, or other related items. Personal address books or notes containing e-mail addresses, addresses, or other information pertaining to this crime.

## E. PASSWORDS AND DATA SECURITY DEVICES

Computer passwords and other data security devices that are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates as a digital key which "unlocks" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital codes may include programming code that creates "test" keys or "hot" keys, which perform user-defined security-related functions when activated. Data security software or

code which might also encrypt, compress, hide or "booby-trap" protected data to make it inaccessible or unreadable as well as reverse the process to restore the data.

## F. PHOTOGRAPHS, DIGITAL IMAGES, AND PHOTOGRAPHIC EQUIPMENT

Photographs, negatives, digital images, photographic equipment, digital imaging devices, memory devices, and accessories used to operate said devices, such as they pertain to the manufacturing, production, dissemination, replication, or storage of photographs or images containing pornographic material.

U.S. Department of Justice
United States Attorney

Criminal Matter Authorization/immediate Declination Sheet
(Internal Office Use)

USAO # _____    Br/Div __N__    AUSA __TAB__

Check one:  Immediate Declination _____    Complaint/Investigation Authorized __✗__

SUSPECT __EDWARD G LESOFSKI__

No. of Potential Defendants ____1____    Investigating Agency __AFOSI__    Program Agency _____

Date of Offense - From __6/14/2005__ To _____    Agent __JONES__

Estimated Dollar Loss: _____    Agency File No. _____

Primary U.S. Code Violation Alleged: __18 USC 2252A__    Substance Seized _____    Quantity/Type _____

Soc Sec # __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__    OCDETF Case # _____

Description of Offense:
__CHILD PORN__

SPECIAL PROJECT

B    Bank Fraud    H    Health Care Fraud
C    Credit Union Fraud    DT    Domestic Terrorism
S    Savings & Loan Fraud    N    None of the above

---

CATEGORY OF OFFENSE    Cases which meet the conditions in parentheses are a national priority.

___011 Federal Corruption - procurement - (all)
___012 Federal Corruption - program (all)
___013 Federal corruption - law enforcement (all)
___014 Federal corruption-other (all)
___015 State corruption (N)
___016 Local corruption (N)
___012 Other public corruption
___020 Organized Crime Traditional
___021 Organized Crime, Emerging Organizations
___031 Federal procurement fraud - non-corruption ($25,000)
___032 Federal program fraud - non-corruption ($25,000)
___033 Tax fraud (all)
___036 Financial Institution Fraud
___037 Bankruptcy fraud ($100,000)
___038 Advance fee schemes - ($100,000/10 or more victims)
___039 Other fraud against businesses
___03A Consumer fraud ($100,000 or 25 or more victims)
___03B Securities fraud ($100,000)
___03C Commodities fraud ($100,000)
___03D Other investment fraud ($100,000)
___03E Antitrust Violations-other
___03F Computer Fraud (N)
___03G Health Care Fraud
___03H Fraud Against Insurance provider (N)
___03J Insider Fraud - Ins. Co. (N)
___03K MEWA/MET (100,000)
___03M Antitrust - Airlines
___03N Antitrust - Banking

___03P Antitrust - Defense Procurement
___03Q Antitrust - Extraterritorial
___03R Antitrust - Finance Markets Other than banking
___03S Telemarketing Fraud
___03T Corporate Fraud
___03Z Other White collar crime/fraud
___040 Drug dealing (all)
___045 Simple Drug possession
___047 OCDETF (all)
___050 Civil rights prosecution
___053 Firearms/Triggerlock
___055 Violation Immigration Act
___056 Crimes Against Gov Property
___05D Civil Rights, Law Enforcement
___05E Civil Rights, Slavery/Servitude
___05F Civil Rights, Racial Violence including hate crimes
___05G Civil Rights, Access-Clinic Entr
___05H Civil Rights Hate Crimes arising out of terrorist attack on U.S.
___061 Counterfeiting/Forgery (all)
___062 Customs violations - duty ($25,000)
___063 Customs violations currency ($25,000)
___064 Energy pricing and related fraud ($500,000)
___065 Offenses by/against Indians
___066 Health and safety violations - employees
___069 Copyright violations -
___06A Trafficking in contraband Cigarettes ($100,000)
___06B Wildlife Protection
___06C Marine Resources
___06D Energy Violations-nuclear waste issues

___06E Environmental Crime
___06F Money Laundering/Structuring-Narcotics
___06G Money Laundering - Other
___06Z Other Government regulatory offenses
___070 Internal security offenses/impact U.S.
___071 International Terrorism
___072 Domestic Terrorism (N)
___073 Terrorism Related Hoaxes
___074 Offenses involving admin of justice
___075 Interstate theft
___076 Terrorist Financing
___07A Anti-Terrorism/Environmental
___07B Anti-Terrorism/Identity Theft
___07C Anti-Terrorism/Immigration
___07D Anti-Terrorism/OCDETF Drugs
___07E Anti-Terrorism/Non OCDETF Drugs
___07F Anti-Terrorism/Violent Crime
___07G Anti-Terrorism/All Others
___081 Fugitive Crimes
___082 Postal Service Crimes
___083 Bank robbery
___084 Assimilated crimes
___085 Election Fraud
___086 Motor vehicle theft
_✗_087 Pornography - Child
___088 Theft of government property
___089 Obscenity
___08A Union Official Corrup Pension/Benefit
___08B Union Official/Bribery ($5,000)
___08C Labor Racketeering (N)
___08Z Other Labor/Management Offenses
___090 Other criminal prosecutions
___091 Domestic Violence
___092 Violent Crime in Indian Country
___093 All Other Violent Crime

PRIORITY: (Check one)

___ National Priority    ___ District Priority    _✗_ Both District & National    ___ Neither

_____ PSN    _____ Victim

September 2004